Shannon S. Pierce, Esq. (SBN 12471)
Douglas R. Thornley, Esq. (SBN 10455)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
spierce@fclaw.com; dthornley@fclaw.com

*Attorneys for Defendants*
Rio Properties, LLC
dba Rio All Suite Hotel & Casino

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAPOUR SALIMI, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>RIO HOTLE *(sic)* & CASINO,<br><br>Defendant(s). | CASE NO.: 2:18-cv-00632-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Shapour Salimi, an individual representing himself, and Defendant Rio Properties, LLC, dba Rio All Suite Hotel & Casino, by and through its undersigned counsel of record, that the above-entitled matter

/////

/////

/////

1

be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

| Dated: This ___ day of May, 2018 | Dated: This 8th day of May, 2018 |
|---|---|
| Shapour Salimi<br>562 Macbre Drive<br>Las Vegas, Nevada 89123<br><br>*(see following page)*<br>_____<br>By: Shapour Salimi<br>An Individual | FENNEMORE CRAIG, P.C.<br>Shannon S. Pierce, Esq. (SBN 12471)<br>Douglas R. Thornley, Esq. (SBN 10455)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>spierce@fclaw.com; dthornley@fclaw.com<br><br>*/s/ Shannon Pierce*<br>By: Shannon S. Pierce, Esq.<br>Attorneys for Defendant Rio Properties, LLC<br>dba Rio All Suite Hotel & Casino |

**ORDER**

IT IS SO ORDERED.

Dated: This  22  day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

Shannon S. Pierce, Esq. (SBN 12471)
Douglas R. Thornley, Esq. (SBN 10455)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
spierce@fclaw.com; dthornley@fclaw.com

*Attorneys for Defendants*
Rio Properties, LLC
dba Rio All Suite Hotel & Casino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAPOUR SALIMI, an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> RIO HOTLE *(sic)* & CASINO, <br><br> Defendant(s). | CASE NO.:  2:18-cv-00632-GMN-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Shapour Salimi, an individual representing himself, and Defendant Rio Properties, LLC, dba Rio All Suite Hotel & Casino, by and through its undersigned counsel of record, that the above-entitled matter

/////

/////

/////

be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: This __8__ day of May, 2018 <br> Shapour Salimi <br> 562 Macbre Drive <br> Las Vegas, Nevada 89123 <br><br><br> By: Shapour Salimi | Dated: This ___ day of May, 2018 <br> FENNEMORE CRAIG, P.C. <br> Shannon S. Pierce, Esq. (SBN 12471) <br> Douglas R. Thornley, Esq. (SBN 10455) <br> 300 E. Second St., Suite 1510 <br> Reno, Nevada 89501 <br> Tel: 775-788-2228   Fax: 775-788-2229 <br> spierce@fclaw.com; dthornley@fclaw.com <br><br> By: Shannon S. Pierce, Esq. |

FENNEMORE CRAIG, P.C.
300 East Second Street
- Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200
Fax: (775) 786-1177